1222

No. 10–883. REED v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–897. GILMORE v. MACY'S RETAIL HOLDINGS, INC. C. A. 3d Cir. Certiorari denied.

No. 10–899. WYERS ET AL. v. MASTER LOCK CO. C. A. Fed. Cir. Certiorari denied.

No. 10–905. JENKINS v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 10–910. SEATON v. MAYBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–926. CLAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–938. ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–955. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5296. AYALA-SEGOVIANO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5621. SCHWINN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5738. BOLT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6038. TAYLOR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 10–6059. RILEY v. UNION PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6117. VAZQUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6140. HENRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.